IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JERRY L. GENTRY PLAINTIFF

v. Civil No. 1:23-cv-01095-MEF

GEAN SIEGER DEFENDANT

**ORDER OF DISMISSAL**

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. Currently before the Court is Plaintiff's Motion for Status of Settlement Agreement (ECF No. 82); Motion to Compel Response from Defendant (ECF No. 84); and Motion to Dismiss Case (ECF No. 86). Defendant responded. (ECF Nos. 83, 85, 87). For the reasons explained below Plaintiff's Motion to Dismiss is hereby **GRANTED**, and Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE** and the Clerk of the Court should close this case.[1]

On July 8, 2026, the undersigned conducted a Settlement Conference with the parties. (ECF No. 81). Subsequently, Plaintiff filed the instant Motion for Status of Settlement Agreement. (ECF No. 82). In that Motion, Plaintiff asked for an update on his settlement because he did not receive the expected documents to settle the case after the conference on July 8, 2026. *Id.* Defendant responded by stating that the settlement documentation was mailed again to Plaintiff on September 3, 2026. (ECF No. 83).

On October 2, 2026, Plaintiff filed a Motion to Compel Response from Defendant again seeking the settlement documentation from Defendant. (ECF No. 84). Defendant responded explaining that two

[1] On April 3, 2024, the parties consented to have a Magistrate Judge conduct all proceedings in this case including a jury or nonjury trial and to order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. (ECF No. 31).

attempts to mail Plaintiff the settlement documentation failed, so Defendant's counsel drove to the Tucker Unit, where Plaintiff was housed, and hand delivered the documentation. Plaintiff executed such settlement agreement and release on October 2, 2026, and on October 5, 2026, the fully executed documentation was transmitted to Defendant so that payment could proceed. (ECF No. 85).

On October 14, 2026, Plaintiff submitted a letter to Court along with a copy of the executed Settlement Agreement and Releases in this matter. In his letter, he states he was hand delivered the Settlement Agreement and Release on October 2, 2026, just as Defendant explained in her Response. (ECF No. 86). The Court did not file the confidential Settlement Agreement and Release on the docket in this matter, but it filed Plaintiff's letter as a Motion to Dismiss. (ECF No. 86).

On October 15, 2026, the Defendant filed a Response to Plaintiff's Motion to Dismiss stating they have delivered and received all necessary documentation from the Plaintiff and join in Plaintiff's request to dismiss this case with prejudice. (ECF No. 87).

Accordingly, as it is now clear that the parties have completed the settlement of this matter, the Court hereby **GRANTS** Plaintiff's Motion to Dismiss and all of Plaintiff's claims against Defendant Sieger are **DISMISED WITH PREJUDICE**. Further, Plaintiff's Motions for a Status Conference and to Compel are hereby **DISMISSED** as **MOOT.**

**IT IS SO ORDERED** this 20th day of October 2026.

/s/ *Mark E. Ford*

HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE